IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SEHPI-OMAR MORALES,

    Plaintiff,

vs.                                       Case No. 3:09cv497/MCR/EMT

ATTORNEY GENERAL OF
STATE OF FLORIDA, et al.,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 12, 2010 (Doc. 8). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. This case is **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of the court.

    **DONE AND ORDERED** this 16th day of February, 2010.

                                    s/ *M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **UNITED STATES DISTRICT JUDGE**